# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

145862

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NEW PROPERTIES, INC., ROBERT W.
KITCHEN, and HARRIET KITCHEN,
       Plaintiffs-Appellees,

v

SC: 145862
COA: 301910
Antrim CC: 2009-008504-CZ

LAKES OF THE NORTH ASSOCIATION,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325